IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSEPH T. ZURBUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:11CV371 |
| ) | |
| ST. JOSEPH COUNTY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR VOLUNTARY DISMISSAL**

Plaintiff, pro se, and Defendant, by counsel, hereby stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and attorney fees.

  /s/ Joseph Zurbuch                           /s/ Peter J. Agostino
Joseph Zurbuch                              Peter J. Agostino            (#10765-71
17572 Parker Avenue                         Anderson Agostino & Keller, P.C.
South Bend, IN 46635                        131 South Taylor Street
                                            South Bend, IN 46601
Pro Se Plaintiff

*Attorney for Defendant*